DAVID A. McDONNALL *et al.*

*v.*

J. MACK TANNER, Warden.

*Filed at Ottawa May 11, 1897.*

This case is controlled by the opinion rendered in *George* v. *People,* (*ante,* p. 447.)

ORIGINAL petition for *habeas corpus.*

GRAHAM & TIBBS, GEORGE N. PARKER, and CALLAHAN, JONES & LOWE, for petitioners.

E. C. AKIN, Attorney General, (D. C. HAGLE and C. A. HILL, of counsel,) for respondent.

Per CURIAM: The questions involved in this case have been fully considered and decided in *George* v. *People,* (*ante,* p. 447,) and this case must be controlled by the decision in that case. The petitioners, David A. McDonnall and John H. Clements, will be remanded to the custody of J. Mack Tanner, warden of the penitentiary at Chester.

*Habeas corpus denied.*